DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN IDROVO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2254

[November 22, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 2013-CF-003014B and 2014-CF-000358B.

Terry McCreary of the McCreary Law Firm, P.A., Fort Myers, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***